March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Tyrell Beecher        ,
                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 563 (__)(__)

Defendant __Tyrell Beecher__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [X] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Tyrell Beecher**
Print Defendant's Name

_____
Defense Counsel's Signature

**Thomas Ambrosio**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**11/2/2020**
_____
Date

_____
U.S. Magistrate Judge