

# THOMAS AMBROSIO

### ATTORNEY AT LAW

Member of NJ & NY Bars

January 29, 2021

Via ECF

The Honorable J. Paul Oetken
United District Court
Southern District of New York
New York, New York 10007

RE:   United States v. Tyrell Beecher
       20 Cr. 563 (JPO)

Dear Judge Oetken:

I represent Tyrell Beecher, in the above referenced matter. He respectfully requests that Your Honor modify the conditions of his bail to allow him to travel to Miami, Florida by plane on February 13, 2021 and return home by plane on February 16, 2021.

I have spoken to Keyana Pompey, Mr. Beecher's Pretrial Services Officer, regarding this trip and she does not object. I also corresponded with AUSA Emily Johnson and she advised me that the Government defers to Pretrial Services.

Your Honor is repectfully asked to endorse this Letter Motion modifying the conditions of Mr. Beecher as per the conditons set forth above.

The Court's consideration of this request is greatly appreciated.

Granted.
So ordered.
 2/1/2021

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:   Emily Johnson, AUSA (via ECF)
       Keyana Pompey, USPTS (via email)
       Tyrell Beecher (via email)

J. PAUL OETKEN
United States District Judge