

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

June 25, 2021

Via ECF

The Honorable J. Paul Oetken
United District Court
Southern District of New York
New York, New York 10007

      RE:    United States v. Tyrell Beecher
                 20 Cr. 563 (JPO)

Dear Judge Oetken:

      I represent Tyrell Beecher in the above referenced indictment. He respectfully requests that Your Honor modify the conditions of his bail to allow him to travel to Orlando, Florida by plane on July 8, 2021 and return home by plane on July 11, 2021. He will be attending a family vacation.

      I have corresponded with Keyana Pompey, Mr. Beecher's Pretrial Services Officer, regarding this trip. She does not object, providing that Mr. Beecher supplies a complete itinerary to her prior to his departure. AUSA Emily Johnson advised me that the Government defers to Pretrial Services regarding this bail modification request.

      Your Honor is repectfully asked to endorse this Letter Motion modifying the conditions of Mr. Beecher's bail as per the conditons set forth above.

      The Court's consideration of this request is greatly appreciated.

Granted.
So ordered.
6/28/2021

                            Respectfully yours,

                            */s/Thomas Ambrosio*
                            Thomas Ambrosio

J. PAUL OETKEN
United States District Judge

cc:    Emily Johnson, AUSA (via ECF)
        Keyana Pompey, USPTS (via email)
        Tyrell Beecher (via email)