

October 6, 2022

Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:  United States v. Tyrell Beecher
     20 Cr. 563 (JPO)

Dear Judge Oetken:

On October 5, 2022, Your Honor sentenced Tyrell Beecher to 9 months in federal prison. He was ordered to self-surrender on November 21, 2022.

Mr. Beecher is respectfully requesting that his self-surrender date be changed to December 6, 2022 so that he can spend Thanksgiving with his family and celebrate his son's birthday.

AUSA Kaylan Lasky has been advised of Mr. Beecher's request and indicated that the Government takes no position.

The Court's consideration of this request is greatly appreciated.

> Granted.  Defendant's self-surrender date is hereby extended to December 6, 2022, by 2:00 pm.
>   So ordered.
>   10/11/2022

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

J. PAUL OETKEN
United States District Judge

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com