

June 14, 2023

Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        RE:    United States v. Tyrell Beecher
                    20 Cr. 563 (JPO)

Dear Judge Oetken:

    Tyrell Beecher was sentenced by Your Honor on October 5, 2022 to 9 months in prison. He is finished with his prison sentence. As a condition of his pretrial release, he surrendered his U.S. Passport to U.S. Pretrial Services.

    Mr. Beecher would like to have his passport returned. U.S. Pretrial Services advised me that it cannot return Mr. Beecher's passport to without a Court Order.

    I respectfully request that Your Honor endorse this letter directing that U.S. Pretrial Services return Mr. Beecher's U.S. Passport to him.

    Your courtesies and attention to this matter is greatly appreciated.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Beecher's passport and return it to him or his designated representative.
>   So ordered.
>   6/14/2023

_____
J. PAUL OETKEN
United States District Judge

New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
...sio@legal750.com